## FARMERS BANK v. SIMMONS.

Supreme Court. New Castle. March, 1819.

*Clayton's Notebook, 121.*

Query. Whether a bank director be a good witness to prove notice to indorser of non-payment by drawer. Court divided. JOHNS thought Mr. Brinckle, the director, incompetent. JUSTICE DAVIS, *contra.* So he was admitted. Bill of exceptions.

## [ANONYMOUS.]

Supreme Court. New Castle. 1819.

*Clayton's Notebook, 121.*

Query. Case of accommodation note. Bank takes judgment bond of drawer without notice to indorser, with stay of execution for six months. Indorser discharged? *Semble,* yes. See my Esp.N.P. assumpsit. *Curia advisare vult.* Same term [March, 1819].